

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00438-CR

Arthur **WHITLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR8583
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due February 13, 2018. **Further requests for extensions of time in which to file appellant's brief will not be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

_____
Keith E. Hottle
Clerk of Court